# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

JACOB SCHULTZ,

Plaintiff,

vs.

AMAZON.COM SERVICES, INC. D/B/A
AMAZON,

Defendant.

Court File No.:

**NOTICE OF REMOVAL**

TO:   THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
IOWA

Pursuant to 28 U.S.C. §§ 1332(a), 1441(b), and 1446, defendant Amazon.com Services
LLC[1] gives notice of removal of the above-captioned action currently pending in Polk County
Circuit Court, State of Iowa, to the United States District Court for the Southern District of Iowa.
In support of its Notice of Removal, Amazon states as follows:

1.      On or about May 12, 2021, plaintiff Jacob Schultz commenced this action by filing
a Petition in the Polk County District Court in the State of Iowa, pursuant to Iowa Rule of Civil
Procedure 1.301.  Schultz, served Amazon on July 29, 2021, through the Office of the Iowa
Secretary of State pursuant to Iowa Code 490.1520.  A true and correct copy of the Original Notice
and Petition is attached as Exhibit A.

2.      Plaintiff claims in Count I of his Petition that Amazon violated Iowa Code § 730.5.

3.      ***Diversity Jurisdiction Basis for Removal:***  The Court has original jurisdiction over
this action under 28 U.S.C. § 1332 and Amazon may remove this action pursuant to 28 U.S.C.
§§ 1441 and 1446, because Shultz is diverse in citizenship from Amazon and the amount in
controversy exceeds $75,000, exclusive of interests and costs.

---

[1] Defendant's proper name in this action is "Amazon.com Services LLC," not "Amazon.com Services, Inc."

4.     ***Citizenship of Parties:***  Shultz is the only plaintiff in this action.   Schultz was a citizen and resident of the State of Iowa when he commence this action and remains a citizen and resident of Iowa.  (*See* Exhibit A.)

5.     Amazon is the sole defendant in this action.  Pursuant to 28 U.S.C. § 1332(c)(1), Amazon is deemed to be a citizen of the state in which it was formed and the state where its principal place of business is located.

6.     Amazon is and has been a limited liability company at all time relevant to this action. A limited liability company is a citizen of every state of which any member of the LLC is a citizen. *See OnePoint Sols., LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007). The sole member of Amazon is Amazon.com, Inc.

7.     Amazon.com, Inc. is incorporated under the laws of Delaware with its principal place of business in the State of Washington. A corporation is "a citizen of every [s]tate . . . by which it has been incorporated and of the [s]tate . . . where it has its principal place of business." 28 U.S.C. § 1332(c)(1). Thus, Amazon.com, Inc. is a citizen of Delaware and Washington for purposes of diversity jurisdiction.

8.     Based on the above, Amazon is a citizen of Delaware and Washington for diversity purposes. Schultz is a resident and citizen of the State of Iowa. Diversity exists under 28 U.S.C. § 1332(d)(2)(A).

9.     ***Amount in Controversy:***  The amount in controversy may reasonably exceed the sum of $75,000, exclusive of interest and costs. The amount in controversy is to be judged at the time of removal by considering the claims of the named plaintiff.  *Kessler v. Nat'l Enters., Inc.*, 347 F.3d 1076, 1080 (8th Cir. 2003). The controlling issue is "not whether the damages are greater than the jurisdictional amount, but whether a fact finder might legally conclude that they are."

*Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir. 2002).  Schultz expressly alleges that he has incurred damages for lost wages and employment benefits. (Exhibit A, ¶ 31.) The statute makes available to Schultz an award of backpay should he prevail.  *See* Iowa Code 730.5, 15(2). Schultz also is claiming attorneys' fees, expenses, and costs. (Exhibit A, at Wherefore Clause.) Based on Schultz's claimed damages and the fact he is seeking attorneys' fees, this is the type of case where the damages sought routinely exceed $75,000, such that Amazon may remove this action. *Turntine v. Peterson*, 959 F.3d 873, 881 (8th Cir. 2020) (citing *Waters v. Ferrara Candy Co.*, 873 F.3d 633, 636 (8th Cir. 2017)).

10.    ***Timing of Removal:***  Fewer than thirty (30) days have elapsed since August 2, 2021, when Schultz first served Amazon with the Complaint.  *See* 28 U.S.C. § 1446(b).

11.    Simultaneous with the filing of this Notice of Removal, Amazon has notified the Polk County Circuit Court of this removal.  No other process, pleadings, or orders have been served or filed in this action.

12.    True and correct copies of the Notice of Removal (with accompanying Exhibit) and the Notice of Filing of Notice of Removal directed to State Court will be served upon Plaintiff's counsel and filed with the Court Administrator of the Polk County Circuit Court in the State of Iowa on this date, in accordance with the provisions of 28 U.S.C. § 1446(d).

WHEREFORE, Amazon respectfully requests that this action, now pending in the Circuit Court for the County of Polk, Iowa, be removed to the United States District Court for the Southern District of Iowa.

Dated: August 20, 2021.

_S George R. Wood_ _____
George R. Wood, Bar No. AT0010023
gwood@littler.com
**LITTLER MENDELSON P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone:      612.630.1000

**ATTORNEYS FOR DEFENDANT**

| Proof of Service |
| --- |
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on August 2, 202_ by: |
| ☐ Hand Delivered    ☒ United States mail<br>☐ Federal Express    ☐ Other (CM/ECF) |
| Signature: _/s/   George R. Wood_ _____ |

4850-5433-5990.1 / 999999-1863