

PAUL D. PATE
SECRETARY OF STATE

JULY 29, 2021

LUCAS BUILDING
DES MOINES, IOWA 50319

OFFICE OF THE IOWA SECRETARY OF STATE

AMAZON.COM SERVICES, INC.
ATTN: GENERAL COUNSEL
410 TERRY AVENUE NORTH
SEATTLE, WA 98109

**RECEIVED**

AUG 0 2 2021

AMAZON.COM, INC.
LEGAL DEPARTMENT

RE: JACOB SCHULTZ vs. AMAZON.COM SERVICES, INC. d/b/a AMAZON

TO WHOM IT MAY CONCERN:

ENCLOSED IS A FILED COPY OF AN ORIGINAL NOTICE & PETITION THAT HAS BEEN SERVED UPON THE SECRETARY OF STATE'S OFFICE IN THE ABOVE CAPTIONED MATTER, PURSUANT TO THE PROVISIONS OF SECTION 490.1520 OF THE IOWA CODE.

SINCERELY,

*Paul D. Pate*

PAUL D. PATE
SECRETARY OF STATE

PDP:mdb
Enclosures

cc:

FIEDLER LAW FIRM, PLC
AMY BECK & MADISON FIEDLER-CARLSON
8831 WINDSOR PARKWAY
JOHNSTON, IA 50131

FILED
Iowa Secretary of State
JUL 29 2021
10:00 a.m.

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| JACOB SCHULTZ,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, INC. d/b/a AMAZON,<br><br>    Defendant. | Case No. LACL150636<br><br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT: AMAZON.COM SERVICES, INC.

You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the Petition is attached to this notice. The attorneys for the plaintiff are Amy Beck and Madison Fiedler-Carlson of Fiedler Law Firm, P.L.C., whose address is 8831 Windsor Parkway, Johnston, Iowa, 50131. Their phone number is (515) 254-1999; facsimile number (515) 254-9923.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

 

                                                CLERK OF COURT
                                                Polk County Courthouse
                                                Des Moines, Iowa

FILED
Iowa Secretary of State
JUL 29 2021
10:00 a.m.

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| JACOB SCHULTZ,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, INC. d/b/a AMAZON,<br><br>    Defendant. | Case No. LACL150636<br><br><br>**PETITION** |

COMES NOW Plaintiff Jacob Schultz and for his cause of action against Defendant states as follows:

## INTRODUCTION

1. This is an action under Iowa Code Section 730.5, challenging Defendant's illegal conduct towards Plaintiff.

2. Plaintiff Jacob Schultz is an Iowa resident.

3. Defendant Amazon.com Services, Inc. is a Delaware corporation doing business in Polk County, Iowa.

4. The acts of which Plaintiff complains occurred in Polk County.

## BACKGROUND FACTS

5. Jacob is 32 years old.

6. Jacob has suffered from debilitating cluster headaches since he was fifteen years old.

7. When they flare up, Jacob's cluster headaches substantially limit his ability to think, concentrate, communicate, see, eat, drink, and digest food and fluids.

8. Jacob's cluster headaches impact the normal functioning of his neurological and digestive systems.

9. Jacob manages his headaches with medical marijuana.

10. The medical marijuana is prescribed by Jacob's doctor, and Jacob fills his prescription at a state-licensed dispensary.

11. On January 29, 2021, Jacob applied with Defendant for a full-time Warehouse Team Member position.

12. On February 1, 2021, Defendant interviewed Jacob and offered him a position.

13. Defendant's human resources representative told Jacob that he needed to submit to a preemployment drug screening that day if he wanted to accept the position.

14. Jacob told Defendant's representative that he suffered from cluster headaches and treats the condition with medical marijuana.

15. Jacob offered to show Defendant's human resources representative his medical marijuana card, but she refused to review it.

16. Later that day, Jacob submitted to a drug test administered by Total Compliance Network.

17. Jacob offered to show the tester his medical marijuana card, but the tester declined.

18. Defendant never gave Jacob a copy of its drug testing policy nor told him where the policy was located.

19. Neither Defendant nor Total Compliance Network notified Jacob of his test results.

20. Approximately one week later, Jacob utilized the Alexa feature on Defendant's website to determine the status of his application. At that point, he learned Defendant had rescinded its offer letter based on his positive drug test.

21. Jacob never received a copy of his drug test results.

22. Defendant never notified Jacob of his right to submit to a second test or split sample test.

23. Defendant failed to consider Jacob's prescription when analyzing his drug test results.

## COUNT I
## VIOLATION OF DRUG TESTING STATUTE

24. Plaintiff repleads paragraphs 1 through 23 as if fully set forth herein.

25. As a corporation employing Iowa workers, Defendant is subject to the requirements of Iowa Code section 730.5.

26. Defendant required Plaintiff to undergo drug testing.

27. Defendant did not have a drug-testing policy that comported with the requirements of Iowa Code section 730.5.

28. Defendant's supervisory personnel in charge of requesting the drug test had not undergone the training required by Iowa Code section 730.5(9)(h).

29. Defendant did not notify Plaintiff in writing the results of the test, the name and address of the medical review officer who made the report, or about Plaintiff's right to request records.

30. Defendant rescinded Plaintiff's job offer based on the result of his February 1, 2021 drug test.

31. As a result of Defendant's illegal acts and omissions, Plaintiff has in the past and will in the future suffer injuries and damage, including but not limited to lost wages and employment benefits.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount that will fully and fairly compensate him for his injuries and damages, for prejudgment and postjudgment interest, for attorney fees and expenses, for the costs of this action, for appropriate equitable and injunctive relief, including but not limited to reinstatement, and for such other relief as may be just in the circumstances and consistent with the purposes of Iowa Code section 730.5.

/s/ *Amy Beck*
FIEDLER LAW FIRM, P.L.C.
Amy Beck AT0013022
amy@employmentlawiowa.com
Madison Fiedler-Carlson AT0013712
madison@employmentlawiowa.com
8831 Windsor Parkway
Johnston, IA 50131
Telephone: (515) 254-1999
Fax: (515) 254-9923
ATTORNEYS FOR PLAINTIFF

FILED
Iowa Secretary of State
JUL 29 2021
10:00 a.m.

**Iowa Judicial Branch**

Case No. **LACL150636**
County **Polk**

Case Title   **JACOB SCHULTZ V AMAZONCOM SERVICES INC**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **05/13/2021 11:48:58 AM**



District Clerk of Polk        County
**/s/ Christy Wagner**

**IOWA SECRETARY OF STATE**
321 E 12TH ST
LUCAS BUILDING
DES MOINES, IA 50319

**OFFICIAL BUSINESS - OPEN IMMEDIATELY**





PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 50319 $ 000.42⁸
02 4W
0000357636 JUL 30 2021